1126

No. 95–8117. COUPAR v. TURNBO, REGIONAL DIRECTOR, FEDERAL BUREAU OF PRISONS, SOUTH CENTRAL REGION. C. A. 5th Cir. Certiorari denied.

No. 95–8119. SINIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 95–8120. BERGMANN v. MCCAUGHTRY, WARDEN. Ct. App. Wis. Certiorari denied. ▮

No. 95–8122. CASTNER v. WHALEN, WARDEN. C. A. 10th Cir. Certiorari denied. ▮

No. 95–8123. BULLOCK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 95–8126. BLACKMAN ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 95–8127. BELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 95–8129. RIGGIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 95–8133. BONNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 95–8139. UNDERWOOD v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 95–8140. WINTER v. UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮

No. 95–8144. MUNOZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 95–8145. MCCARTHY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 95–8151. MAURO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 95–8155. BECKER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮